[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10949
Non-Argument Calendar
_____

D.C. Docket No. 5:07-cr-00055-RH-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN RAFAEL CHAVEZ,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(November 8, 2017)

Before HULL, ROSENBAUM, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Sheryl Lowenthal, appointed counsel for Juan Rafael Chavez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Chavez's convictions and sentences are **AFFIRMED**.